IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

CIGNA HEALTH AND LIFE )
INSURANCE COMPANY, )
 )
Plaintiff, )
 )
vs. ) Case No. 18-00183-CV-W-NKL
 )
HMC/CAH CONSOLIDATED, INC., )
et al )
 )
Defendants )

## STIPULATED CONSENT JUDGMENT

NOW on this 5th day of March, 2019, the above-styled cause comes before this Court. Plaintiff Cigna Health and Life Insurance Company ("Plaintiff" or "CHLIC") appears through counsel Stinson Leonard Street LLP. Defendants HMC/CAH Consolidated, Inc., CAH Acquisition Company 6, LLC d/b/a I-70 Community Hospital, CAH Acquisition Company #3, LLC d/b/a Horton Community Hospital, CAH Acquisition Company #5, LLC d/b/a Hillsboro Community Hospital, CAH Acquisition Company #2, LLC d/b/a Oswego Community Hospital, CAH Acquisition Company 12, LLC d/b/a Fairfax Community Hospital, CAH Acquisition Company 16, LLC d/b/a Haskell Community Hospital, CAH Acquisition Company #4, Inc. d/b/a Drumright Regional Hospital, CAH Acquisition Company 7, LLC d/b/a Prague Community Hospital, CAH Acquisition Company 11, LLC d/b/a Lauderdale Community Hospital, CAH Acquisition Company #1, LLC a/k/a Washington County Hospital, and Rural Community Hospitals of America, LLC d/b/a RCHA (collectively "Defendants"), appear individually and collectively through counsel FMS Lawyer PL and consent to this Judgment.

This Stipulated Consent Judgment ("Consent Judgment") will be held by Plaintiff's counsel and not filed with the Court, unless Defendants have defaulted and failed to cure within the agreed upon time period in the Settlement Agreement and Mutual Limited Release ("Settlement Agreement"). If this Consent Judgment is being filed it means Defendants have not been able to make the required payment(s) or failed in some other material way to comply with the agreed Settlement Agreement. Upon the submission of this Consent Judgment, Defendants consent to the following terms and conditions, and for execution to issue thereon.

Defendants consent and authorize this Court to enter a Stipulated Consent Judgment in favor of Plaintiff CHLIC against all Defendants, except HMC/CAH Consolidated, Inc., in the principal total amount of $1,340,736.25, as of November 27, 2018, with interest accruing at the rate of 9% per annum from September 30, 2017 through December 3, 2018, minus any amounts that have been paid by the Defendants as of the date of filing this Consent Judgment, but together with attorney's fees and expenses in the amount of $75,000.00. In the event of default, and this Consent Judgment is filled with the court, interest will accrue from the date of default at the rate of 9% per annum until the debt is paid in full.

IT IS SO ORDERED.

Dated: March 5, 2019          /s/ Nanette K. Laughrey

                                                                         Honorable Judge of District Court

**Agreed to and executed by a duly authorized representative for DEFENDANTS:**

CAH Acquisition Company 6, LLC d/b/a I-70 Community Hospital
By (name printed): Jorge Perez
Title: CEO

CAH Acquisition Company #3, LLC d/b/a Horton Community Hospital
By (name printed): Jorge Perez
Title: CEO

CAH Acquisition Company #5, LLC d/b/a Hillsboro Community Hospital
By (name printed): Jorge Perez
Title: CEO

CAH Acquisition Company #2, LLC d/b/a Oswego Community Hospital
By (name printed): Jorge Perez
Title: CEO

CAH Acquisition Company 12, LLC d/b/a Fairfax Community Hospital
By (name printed): Jorge Perez
Title: CEO

CAH Acquisition Company 16, LLC d/b/a Haskell Community Hospital
By (name printed): Jorge Perez
Title: CEO

CAH Acquisition Company #4, Inc. d/b/a Drumright Regional Hospital
By (name printed): Jorge Perez
Title: CEO

CAH Acquisition Company 7, LLC d/b/a Prague Community Hospital
By (name printed): Jorge Perez
Title: CEO

CAH Acquisition Company 11, LLC d/b/a Lauderdale Community Hospital
By (name printed): Jorge Perez
Title: CEO

CAH Acquisition Company #1, LLC a/k/a Washington County Hospital

By (name printed): Jorge Perez
Title: CEO

Rural Community Hospitals of America, LLC d/b/a RCHA

By (name printed): Jorge Perez
Title: CEO


Approved and submitted by counsel:

Stinson Leonard Street LLP

/s/ Jere Sellers
Jere Sellers          #44505
Jessica Pixler        #68782
1201 Walnut, Suite 2900
Kansas City, MO 64106
Tele: 816.691.3190
Fax: 816.412.8195
jere.sellers@stinson.com

COUNSEL FOR PLAINTIFF

FMS Lawyer PL

/s/ Frank Smith
Frank Smith          FL#069681
9900 Stirling Rd, Suite 226
Cooper City, FL 33024
Tele: 954.985.1400
Fax: 954.241.6947
frank.smith@fmslawyer.com
*Admitted Pro Hac Vice*

And

**CHAPMAN AND COWHERD, P.C.**
Lauren A. Horsman          MO# 60982
903 Jackson – P.O. Box 228
Chillicothe, MO 64601
Tele: 660-646-0627
Fax: 660-646-1105
Email: lhorsman@ccttlaw.com

COUNSEL FOR ALL DEFENDANTS

CORE/3505762.0002/149119298.3                 4
Case 4:18-cv-00183-NKL   Document 49   Filed 03/05/19   Page 4 of 4